# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>   Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| AINSLIE H. VOREL, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>MARC SALKOVITZ and PAMELA SALKOVITZ,<br><br>   Defendants. | |
| MARC SALKOVITZ and PAMELA SALKOVITZ,<br><br>   Third-Party Plaintiffs,<br><br>v.<br><br>HILCO TRADING COMPANY D/B/A HILCO GLOBAL; HILCO MERCHANT RESOURCES, LLC; RESTORE CAPITAL, LLC; and IAN FREDERICKS,<br><br>   Third-Party Defendants. | Adversary No. **25-52122 (TMH)** |

**STIPULATION EXTENDING TIME TO RESPOND TO THIRD PARTY DEFENDANTS' MOTION TO DISMISS**

WHEREAS, on May 8, 2024, Plaintiff Ainslie H. Vorel ("Vorel") initiated a lawsuit in the

United States District Court for the District of New Jersy, on behalf of herself and a putative class

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

(collectively with Vorel, "Plaintiffs") alleging that Defendants Marc and Pamela Salkovitz ("the Salkovitzes"), officers and indirect owners of Christmas Tree Shops, LLC ("CTS"), violated the Federal and New Jersey WARN Acts in connection with the termination of Plaintiffs' employment from CTS; and

WHEREAS, Plaintiffs filed the operative Amended Complaint on May 16, 2024, which the Salkovitzes answered on July 11, 2024; and

WHEREAS, on March 12, 2025, the Salkovitzes filed an amended Answer and Third-Party Complaint for contribution against Third-Party Defendants Hilco Trading, LLC, erroneously named as Hilco Trading Holding Company ("Hilco Trading"), Hilco Merchant Resources, LLC ("HMR"), ReStore Capital, LLC ("ReStore"), and Ian S. Fredericks ("Fredericks") (collectively "Third-Party Defendants"); and

WHEREAS, on May 20, 2025, Third-Party Defendants sought a transfer to the U.S. District Court for the District of Delaware to facilitate a transfer of the case to the Delaware Bankruptcy Court, where underlying bankruptcy cases, said cases being styled *In re Christmas Tree Shops, LLC, et al.*, Case No. 23-10576-TMH (the "Bankruptcy Cases") are pending; and

WHEREAS, on August 22, 2025, this case was referred to this Court; and

WHEREAS, on September 12, 2025, Third-Party Defendants filed a Motion to Dismiss the Third-Party Complaint; now therefore,

IT IS HEREBY STIPULATED AND AGREED, that the time for Third-Party Plaintiffs and Plaintiffs to submit their opposition to the Motion to Dismiss is hereby extended through and including November 14, 2025; provided, however, that Third-Party Defendants expressly reserve and do not waive any defenses with respect to the filing of any such opposition, including lack of standing; and

IT IS FURTHER STIPULATED AND AGREED, that the time for Third-Party Defendants to submit their reply papers is hereby extended through and including December 15, 2025.

Dated: September 25, 2025

| */s/ Katharina Earle* | */s/ Howard Cohen* | */s/ Mark Desgrosseilliers* |
|---|---|---|
| Katharina Earle | Howard Cohen | Mark Desgrosseilliers |
| 300 Delaware Ave. Ste. 1015 | **Fox Rothschild LLP** | **Chipman Brown** |
| **Gibbons, P.C.** | 1201 N. Market St., Ste. 1200 | **Cicero & Cole LLP** |
| Wilmington, DE 19801 | Wilmington, DE 19801 | Hercules Plaza |
|  |  | 1313 N. Market St., Ste. 5400 |
|  |  | Wilmington, DE 19801 |
| -and- | -and- | -and- |
| Christopher P. Anton | Jeffrey Schreiber | Christina M. Berish |
| Mark B. Conlan | **Meister Seelig & Fein, PLLC** | **Thomas Coburn LLP** |
| Robert K. Malone | 4 E&F Auer Court | 55 E. Monroe Street, 37th Fl. |
| **Gibbons, P.C.** | Williamsburg Commons | Chicago, IL 60603 |
| One Gateway Center | East Brunswick, NJ 08816 |  |
| Newark, NJ 07102 |  |  |
| *Attorneys for Plaintiff Ainslie H. Vorel, individually and on behalf of all others similarly situated* | *Attorneys for Defendants-Third-Party Plaintiffs Marc and Pamela Salkovitz* | *Attorneys for Third-Party Defendants Hilco Trading LLC, d/b/a Hilco Global; Hilco Merchant LLC; Restore Capital, LLC; and Ian S. Fredericks* |