## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTMAS TREE SHOPS, LLC, *et al.*,[1] | Case No. 23-10576 (TMH) |
| Debtors. | (Jointly Administered) |
| AINSLIE H. VOREL, Individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | |
| MARC SALKOVITZ and PAMELA SALKOVITZ, | |
| Defendants. | |
| MARC SALKOVITZ and PAMELA SALKOVITZ, | |
| Third-Party Plaintiffs, | Adversary No. 25-52122 (TMH) |
| v. | |
| HILCO TRADING COMPANY D/B/A HILCO GLOBAL; HILCO MERCHANT RESOURCES, LLC; RESTORE CAPITAL, LLC; and IAN FREDERICKS, | |
| Third-Party Defendants. | |

## STIPULATION EXTENDING TIME FOR THIRD PARTY DEFENDANTS TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

---

[1]  The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

**WHEREAS**, on May 8, 2024, Plaintiff Ainslie H. Vorel ("**Vorel**") initiated a lawsuit in the United States District Court for the District of New Jersey, on behalf of herself and a putative class (collectively with Vorel, "**Plaintiffs**") alleging that Defendants Marc and Pamela Salkovitz ("the **Salkovitzes**"), officers and indirect owners of Christmas Tree Shops, LLC ("**CTS**"), violated the Federal and New Jersey WARN Acts in connection with the termination of Plaintiffs' employment from CTS; and

**WHEREAS**, Plaintiffs filed the operative Amended Complaint on May 16, 2024, which the Salkovitzes answered on July 11, 2024; and

**WHEREAS**, on March 12, 2025, the Salkovitzes filed an amended Answer and Third-Party Complaint for contribution against Third-Party Defendants Hilco Trading, LLC, erroneously named as Hilco Trading Holding Company ("**Hilco Trading**"), Hilco Merchant Resources, LLC ("**HMR**"), ReStore Capital, LLC ("**ReStore**"), and Ian S. Fredericks ("**Fredericks**") (collectively "**Third-Party Defendants**"); and

**WHEREAS**, on May 20, 2025, Third-Party Defendants sought a transfer to the U.S. District Court for the District of Delaware to facilitate a transfer of the case to the Delaware Bankruptcy Court, where underlying bankruptcy cases, said cases being styled *In re Christmas Tree Shops, LLC, et al.*, Case No. 23-10576-TMH (the "**Bankruptcy Cases**") are pending; and

**WHEREAS**, on August 22, 2025, this case was referred to this Court; and

**WHEREAS**, on September 12, 2025, Third-Party Defendants filed a Motion to Dismiss the Third-Party Complaint;

**WHEREAS**, on November 14, 2025, the Salkovitzes filed their *Memorandum of Law in Opposition to Third-Party Defendants' Motion to Dismiss Third-Party Complaint*; now therefore,

- 2 -

**IT IS HEREBY STIPULATED AND AGREED**, that the time for Third-Party Defendants to submit their reply papers is hereby extended through and including December 22, 2025.

Dated:  December 16, 2025

| | | |
|---|---|---|
| */s/ Katharina Earle* | */s/ Howard Cohen* | */s/ Mark L. Desgrosseilliers* |
| Katharina Earle | Howard Cohen (No. 4082) | Mark L. Desgrosseilliers (No. 4083) |
| **GIBBONS, P.C.** | **FOX ROTHSCHILD LLP** | **CHIPMAN BROWN CICERO & COLE, LLP** |
| 300 Delaware Avenue | 1201 North Market Street, | Hercules Plaza |
| Suite 1015 | Suite 1200 | 1313 North Market Street, Suite 5400 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| | | |
| -and- | -and- | -and- |
| | | |
| Christopher P. Anton | Jeffrey Schreiber | Christina M. Berish |
| Mark B. Conlan | **MEISTER SEELIG & FEIN, PLLC** | **THOMPSON COBURN LLP** |
| Robert K. Malone | 4 E&F Auer Court | 55 East Monroe Street, 37th Floor |
| **GIBBONS, P.C.** | Williamsburg Commons | Chicago, Illinois 60603 |
| One Gateway Center | East Brunswick, New Jersey 08816 | |
| Newark, New Jersey 07102 | | *Attorneys for Third-Party Defendants Hilco Trading LLC, d/b/a Hilco Global; Hilco Merchant LLC; Restore Capital, LLC; and Ian S. Fredericks* |
| *Attorneys for Plaintiff Ainslie H. Vorel, individually and on behalf of all others similarly situated* | *Attorneys for Defendants-Third-Party Plaintiffs Marc and Pamela Salkovitz* | |