## Exhibit 1

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| AINSLIE H. VOREL, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>MARC SALKOVITZ and PAMELA SALKOVITZ,<br><br>        Defendants. | |
| MARC SALKOVITZ and PAMELA SALKOVITZ,<br><br>        Third-Party Plaintiffs,<br><br>v.<br><br>HILCO TRADING COMPANY D/B/A HILCO GLOBAL; HILCO MERCHANT RESOURCES, LLC; RESTORE CAPITAL, LLC; and IAN FREDERICKS,<br><br>        Third-Party Defendants. | Adversary No. 25-52122 (TMH) |

**STIPULATION FURTHER EXTENDING DEADLINE FOR DEFENDANTS/THIRD-PARTY PLAINTIFFS TO RESPOND TO THIRD-PARTY DEFENDANTS' RESPONSE TO MOTION FOR LEAVE TO AMEND THIRD-PARTY COMPLAINT**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640). The notice address for the Debtors is 64 Leona Drive, Middleboro, Massachusetts 02346.

**WHEREAS**, on May 8, 2024, Plaintiff Ainslie H. Vorel ("**Vorel**") initiated a lawsuit in the United States District Court for the District of New Jersey, on behalf of herself and a putative class (collectively with Vorel, "**Plaintiffs**") alleging that Defendants Marc and Pamela Salkovitz ("the **Salkovitzes**"), officers and indirect owners of Christmas Tree Shops, LLC ("**CTS**"), violated the Federal and New Jersey WARN Acts in connection with the termination of Plaintiffs' employment from CTS; and

**WHEREAS**, Plaintiffs filed the operative Amended Complaint on May 16, 2024, which the Salkovitzes answered on July 11, 2024; and

**WHEREAS**, on March 12, 2025, the Salkovitzes filed an amended Answer and Third-Party Complaint for contribution against Third-Party Defendants Hilco Trading, LLC, erroneously named as Hilco Trading Holding Company ("**Hilco Trading**"), Hilco Merchant Resources, LLC ("**HMR**"), ReStore Capital, LLC ("**ReStore**"), and Ian S. Fredericks ("**Fredericks**") (collectively "**Third-Party Defendants**"); and

**WHEREAS**, on May 20, 2025, Third-Party Defendants sought a transfer to the U.S. District Court for the District of Delaware to facilitate a transfer of the case to the Delaware Bankruptcy Court, where underlying bankruptcy cases, said cases being styled *In re Christmas Tree Shops, LLC, et al.*, Case No. 23-10576-TMH (the "**Bankruptcy Cases**") are pending; and

**WHEREAS**, on August 22, 2025, this case was referred to this Court; and

**WHEREAS**, on September 12, 2025, Third-Party Defendants filed their *Third-Party Defendants' Motion to Dismiss Third-Party Complaint* (the "**Motion to Dismiss**");

**WHEREAS**, on November 14, 2025, the Salkovitzes filed their *Memorandum of Law in Opposition to Third-Party Defendants' Motion to Dismiss Third-Party Complaint*;

**WHEREAS**, on December 22, 2025, Third-Party Defendants filed their *Reply in Support of Their Motion to Dismiss Third-Party Complaint*;

**WHEREAS**, on March 17, 2026, after a hearing on the Motion to Dismiss and consideration of related briefing, this Court granted the Motion to Dismiss, without prejudice;

**WHEREAS**, on April 15, 2026, the Salkovitzes filed their *Motion for Leave to Amend Third Party Complaint* (the "**Motion to Amend**");

**WHEREAS**, on May 1, 2026, the Salkovitzes and Third-Party Defendants filed a joint stipulation extending the deadline for Third-Party Defendants to submit response papers to the Motion to Amend through and including May 6, 2026;

**WHEREAS**, on May 6, 2026, the Salkovitzes and Third-Party Defendants filed a joint stipulation extending (i) the deadline for Third-Party Defendants to submit response papers through and including May 15, 2026, and (ii) the time for the Salkovitzes to submit their reply papers through and including June 12, 2026; and

**WHEREAS**, on May 15, 2026, the Third-party Defendants filed their Response in opposition to the Motion to Amend.

**IT IS HEREBY STIPULATED AND AGREED**, that the time for the Salkovitzes to submit their reply papers is hereby extended through and including June 30, 2026.

*[Signature Page to Follow]*

Dated: June 1, 2026

/s/ Howard Cohen

Howard Cohen (No. 4082)
**FOX ROTHSCHILD LLP**
1201 North Market Street,
Suite 1200
Wilmington, Delaware 19801

-and-

Jeffrey Schreiber
**MEISTER SEELIG & SCHUSTER PLLC**
Williamsburg Commons
4 Auer Court, Suite E&F
East Brunswick, New Jersey 08816

*Attorneys for Defendants-Third-Party Plaintiffs Marc and Pamela Salkovitz*

/s/ Mark L. Desgrosseilliers

Mark L. Desgrosseilliers (No. 4083)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801

-and-

Christina M. Berish
**THOMPSON COBURN LLP**
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603

*Attorneys for Third-Party Defendants Hilco Trading LLC, d/b/a Hilco Global; Hilco Merchant LLC; Restore Capital, LLC; and Ian S. Fredericks*